# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **In re: Lion Air Flight JT 610 Crash** <br><br> Susan E. Gitelson, as Special Administrator of the Estate of Sudibyo Onggowardoyo, Deceased, <br><br> *Plaintiff,* <br><br> v. <br><br> THE BOEING COMPANY, a corporation, <br><br> *Defendant.* | Lead Case No.: <br> 1:18-cv-07686 <br><br> Original Case No.: <br> 1:19-cv-00622 <br><br><br><br> Honorable Thomas M. Durkin |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and between Plaintiff: Susan E. Gitelson in her capacity as Special Administrator of the Estate of Sudibyo Onggowardoyo, deceased, and, Defendant: The Boeing Company, by their respective attorneys, that Plaintiff's claim shall be dismissed with prejudice and without costs according to the terms of a confidential settlement agreement between the parties.

The Court retains jurisdiction to effectuate settlement, including enforcement, adjudication of liens, approval where necessary, and any other pendant matters.

This fully resolves all claims of Plaintiff: Susan E. Gitelson, in her capacity as Special Administrator of the Estate Sudibyo Onggowardoyo, deceased, originally filed in case number 19-cv-622, and reassigned to this Court under lead case number 18-cv-7686.

Dated: July 15, 2020                                    Respectfully submitted,

| | |
|---|---|
| By: /s/ *Michael K. Demetrio* <br> Thomas A. Demetrio <br> Michael K. Demetrio <br> Corboy & Demetrio <br> 33 N. Dearborn Street, Suite 2100 <br> Chicago, Illinois 60602 <br> (312) 346-3191 <br> mkd@corboydemetrio.com <br> ccfiling@corboydemetrio.com <br> *Attorneys for Plaintiff* | By: /s/ *Mack H. Shultz* <br> Mack H. Shultz <br> MShultz@PerkinsCoie.com <br> Perkins Coie LLP <br> 1201 Third Avenue, Suite 4900 <br> Seattle, Washington 98101 <br> T: (206) 359-8000 <br> F: 206 359-9000 <br> <br> -And- <br> <br> Dan K. Webb <br> DWebb@Winston.com <br> Christopher B. Essig <br> CEssig@Winston.com <br> Julie M. Johnson <br> Jmjohnson@Winston.com <br> Winston & Strawn LLP <br> 35 West Wacker Drive <br> Chicago, Illinois 60601-9703 <br> T: (312) 558-5600 <br> <br> *Attorneys for Defendant, The Boeing Company* |