**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| In re: Lion Air Flight JT 610 Crash | ) ) ) ) |
| Susan E. Gitelson, as Special Administrator of the Estate of Sudibyo Onggowardoyo, Deceased, | ) ) ) ) ) Lead Case No.: 1:18-cv-07686<br><br>Original Case No.: 1:19-cv-00622 |
| *Plaintiff,* | ) ) |
| v. | ) ) |
| THE BOEING COMPANY, a corporation, | ) ) ) ) Honorable Thomas M. Durkin |
| *Defendant.* | ) ) ) |

**ORDER APPROVING JOINT STIPULATION**
**OF DISMISSAL WITH PREJUDICE**

The Court having reviewed the parties' STIPULATION OF DISMISSAL finds that settlement has been reached by the parties.

IT IS THEREFORE HEREBY ORDERED:

1.      This fully resolves all claims of Plaintiff: Susan E. Gitelson, in her capacity as Special Administrator of the Estate of Sudibyo Onggowardoyo, Deceased, originally filed in case number 19-cv-622, and reassigned to this Court under lead case number 18-cv-7686.

2.    Plaintiff's claim is dismissed in its entirety with prejudice and without costs.

3.    The Court retains jurisdiction to effectuate settlement, including enforcement, adjudication of liens, approval where necessary, and any other pendant matters.

ENTERED:

*Thomas M Durkin*

August 13, 2020

Hon. Thomas M. Durkin